**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION;<br><br>      Defendant. | CASE NO.  6:12-cv-32-LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Klausner Technologies, Inc. submits this notice of voluntary dismissal of Defendant Microsoft Corporation without prejudice.  Microsoft Corporation has neither answered nor filed a motion for summary judgment in this action.


Dated:  August 14, 2012

Respectfully submitted,

 /s/ Elizabeth L. DeRieux
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
Email: jrambin@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  903-236-9800
Facsimile:  903-236-8787

Gregory S. Dovel

        State Bar No. 135387
        Sean A. Luner
        State Bar No. 165443
        Dovel & Luner, LLP
        201 Santa Monica Blvd., Suite 600
        Santa Monica, CA 90401
        Telephone: 310-656-7066
        Facsimile: 310-657-7069
        Email: greg@dovellaw.com

        ATTORNEYS FOR PLAINTIFF,
        KLAUSNER TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this August 14, 2012 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ Elizabeth L. DeRieux
        Elizabeth L. DeRieux