**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION;<br><br>Defendant. | CASE NO. 6:12-cv-32-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On this day came to be considered by the Court Plaintiff's voluntary dismissal without prejudice of Defendant Microsoft Corporation. It appears to the Court that the voluntary dismissal of Microsoft Corporation without prejudice is well-taken and should be granted.

IT IS THEREFORE ORDERED that the claims asserted by Plaintiff against Defendant, Microsoft Corporation are hereby dismissed without prejudice.

**So ORDERED and SIGNED this 15th day of August, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**